TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Abbie S. Broughton
Assistant United States Attorney
Arizona State Bar No. 226680
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: abbie.broughton@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>       vs.<br><br>William Wilson,<br><br>            Defendant. | No. CR-25-00391-PHX-SPL (ESW)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 39A<br>         (Aiming a Laser Pointer at an<br>         Aircraft)<br>         Counts 1 and 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about January 8, 2025, in the District of Arizona, defendant WILLIAM WILSON knowingly aimed the beam of a laser pointer at an aircraft, namely, an FBI surveillance aircraft, operated by pilot Special Agent M.N., and at the flight path of said aircraft, in the special aircraft jurisdiction of the United States.

In violation of Title 18, United States Code, Section 39A.

<u>**COUNT 2**</u>

On or about January 8, 2025, in the District of Arizona, defendant WILLIAM WILSON knowingly aimed the beam of a laser pointer at an aircraft, namely, an FBI

surveillance aircraft, operated by pilot Special Agent T.B., and at the flight path of said aircraft, in the special aircraft jurisdiction of the United States.

In violation of Title 18, United States Code, Section 39A.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 12, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
ABBIE S. BROUGHTON
Assistant U.S. Attorney