TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ABBIE BROUGHTON
California State Bar No. 226680
Email: Abbie.Broughton@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. CR-25-00391-PHX-SPL |
| vs. | |
| William Wilson, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| Defendant. | |

**Facts**

Defendant was charged with four counts of Aiming a Laser Pointer at an Aircraft in violation of 18 U.S.C. § 39A.  The charges arise from one night, January 8, 2025. However, there were multiple incidents reported between September 2024 and January 2025 where an individual located at defendant's residence was pointing lasers and striking United States Air Force F-35 fighter jets training in the airspace around Luke Airforce Base. Multiple pilots reported being struck by red or green lasers and having their vision affected while in flight. Because of the ongoing safety risk this conduct posed, on January 8, 2025, an FBI surveillance plane went out around the same time as the F-35 jets would be training. Two FBI pilots reported laser strikes during surveillance and two Air Force pilots reported being stricken around the same time. Video surveillance captured the defendant standing in his back yard pointing the lasers at the plane and jets.

FBI agents later conducted a search of Defendant's home and recovered a red and a

green laser pointer, consistent with those used on January 8, 2025. Defendant was interviewed and admitted aiming the lasers at the small planes and jet. He explained that he pointed the lasers at planes at least eight times. He primarily lasered military jets and small aircraft, which he believed could be spy planes. Defendant never lasered commercial planes because he believed it would be too dangerous, and he knew it could potentially cause vision issues. Wilson complained that the planes fly too close to his home, so he shined a green laser at the jet.

Defendant has no prior criminal history and has serious health issues detailed in other filings. He has been cooperative with law enforcement and has shown remorse for his actions.  No further complaints of laser events have occurred related to Defendant's home.  He has performed well on pretrial release and has voluntarily obtained treatment for his ongoing conditions since his arrest. He appears amendable to ongoing treatment and services through the Federal Probation.

**Recommendation**

Despite the seriousness of this conduct and the safety concerns this crime presents a probationary sentence is reasonable. On balance, Defendant's health issues, acceptance of responsibly, and lack of criminal history justify a probation sentence in this case. A term of four years of probation will help ensure that Defendant will be monitored and can face consequences should he fail to comply.  While the PSR recommendation of 12 months and a day is also reasonable given the seriousness of the offense conduct, it is likely that incarceration at this point will interfere with Defendant's health. The conviction and a term of probation will act as a deterrent of future similar criminal conduct both by Defendant and by others in the community. Defendant's family support along with a probation officer's engagement will help ensure the safety of the community. Additionally, a four year term of probation provides more monitoring for the defendant that the PSR writer's recommendation of custody time followed by only one year of supervision.

**Conclusion**

For the reasons detailed above and in Defendant's sentencing memorandum, the United States respectfully recommends a four-year term of probation.

Respectfully submitted this 6th day of June, 2026.

TIMOTHY COURCHAINE
Acting United States Attorney
District of Arizona

*s/Abbie S. Broughton*
ABBIE BROUGHTON
Assistant U.S. Attorneys

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Rachel Gendreau
Counsel for William Wilson

*s/Abbie Broughton*
U.S. Attorney's Office